◼ CYNTHIA L. LEAR, as Co-administratrix of the Estate of HAROLD L. BALDWIN, Deceased, Appellant, v GENESEE MEMORIAL HOSPITAL, Respondent, et al., Defendants. (Appeal No. 1.) [748 NYS2d 126] —Appeal from an order of Supreme Court, Erie County (Mintz, J.), entered April 24, 2001, which denied plaintiff's motion for an order compelling defendant Genesee Memorial Hospital to disclose the credentialing file of defendant Omar Khokar, M.D.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated at Supreme Court, Erie County, Mintz, J. Present—Green, J.P., Hayes, Hurlbutt, Gorski and Lawton, JJ.